UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| RECO Y. CLAY, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of the Social Security. )<br>) | Case No. 08-00632-CV-W-RED-SSA |

\_     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

        Upon review of the record, the Court finds no error with the Administrative Law Judge's determination. Accordingly, the Court **AFFIRMS** the decision of the Administrative Law Judge.

        **IT IS SO ORDERED.**


June 9, 2009                                        Ann Thompson
Date                                                  Clerk of the Court


Entered on: June 11, 2009                      s/ Karen Siegert
                                                                  (By) Deputy Clerk